JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY RAY IVORY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R.E. BARNES,<br><br>　　　　Respondent. | Case No. LA CV 14-0366 SJO (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 5, 2016.

　　　　　　　　　　　　　　　　　　　／s/ S. James Otero
　　　　　　　　　　　　　　　　　　HON. S. JAMES OTERO
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE